In the Matter of the Judicial Settlement of the Account of CHARLES BRENNEMAN, as Surviving Executor of FREDE-RICK LEONHARD, Deceased, Appellant; MARY E. SIDE et al., Respondents.

*Matter of Leonhard*, 86 Hun, 289, modified.
(Argued March 10, 1897; decided March 26, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered May 8, 1895, which affirmed a decree of the Surrogate's Court of the county of New York passing the accounts of an executor.

*Howard Y. Stillman* for appellant.

*Henry A. Forster* and *John T. Fenlon* for respondents.

So much of the decree of the Surrogate's Court as adjudged that Mary E. Side, Frederick Leonhard, Edward Leonhard and Josephine Leonhard are entitled each to one undivided eighteenth equal part or share of the real property therein mentioned and to the possession thereof, ordered to be stricken therefrom, and the judgment appealed from modified to that extent, and as so modified, affirmed without costs to either party in this court; no opinion.

All concur, except MARTIN, J., absent.